IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TOBIN NILSEN,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-308-JEC

## **ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [40] recommending denying defendants' Motions to Dismiss the Indictment [31, 32]. On August 22, 2011, defendant filed Objections [41] to the Report and Recommendation [40]. The Court has reviewed the Final Report and Recommendation [40] and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [40] **DENYING** defendants' Motions to Dismiss the Indictment [31, 32].

SO ORDERED this 21st day of SEPTEMBER, 2011.

                          /s/ Julie E. Carnes
                          JULIE E. CARNES
                          CHIEF U.S. DISTRICT JUDGE